# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATT

1000 Woodbury Road
Telephone: 516.712.
www

**MEMO ENDORSED**

September 6, 2024

<u>VIA ECF</u>

Hon. Kenneth M. Karas
United States Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 533
White Plains, New York 10601-4150

 Re: *Raymond Canario v. The County of Rockland, Hon. Thomas E. Walsh II, et al.*
   Docket No.: 7:24-CV-04470 (KMK)

Dear Judge Karas:

  This firm represents Defendant, County of Rockland ("the County") in the above-referenced action. This letter is the undersigned Defendant's first request submitted with the consent of all parties and in accordance with Your Honor's Individual Practice Rule, seeking an *adjournment* of the deadline to file Defendant, County of Rockland's Motions to Dismiss, <u>until October 15, 2024 with Plaintiff's Opposition to be due November 18, 2024, Reply due December 2, 2024 and Return date December 3, 2024.</u> The current deadline for the motions is on September 12, 2024.

  The basis for the request is due to scheduling conflicts, August vacations and a personal matter regarding co-defendant's counsel.

  In addition, as you know there is a companion case, *Wayne Ballard v. The County of Rockland, Hon. Thomas E. Walsh II, et al*, Docket Number 7:24-CV-02944 (CS), before Judge Cathy Seibel.

  Please advise if the Court needs any further information. The Court's attention to this matter is greatly appreciated.

SO ORDERED.

9/11/24

Respectfully submitted,

Stuart P. Besen

SPB/aak

WOODBURY, NEW YORK  •  PURCHASE, NEW YORK

NEW JERSEY  •  CONNECTICUT  •  FLORIDA  •  PENNSYLVANIA

Page 2

cc: **VIA ECF**
Joel Murray Rubentein, Esq. evan@brusteinlaw.com
Robert B. Weissman, Esq.- rweissman@skdwmlaw.com
Michael K. Burke, Esq. mburke@hwb-lawfirm.com