Case 7:24-cv-04470-KMK    Document 58    Filed 10/10/24    Page 1 of 1

# SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.

**565 Taxter Road, Suite 210**
**Elmsford, New York 10523**

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
E-MAIL: rweissman@skdwmlaw.com
www.skdllp.com

October 10, 2024

**VIA ECF**
Hon. Kenneth Karas
U.S. District Court, Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601-4150

Re:   *Raymond Canario v. The County of Rockland, et al.*
      Docket No.: 24-CV-04470 (KMK)

Dear Judge Karas:

On behalf of defendants Thomas E. Walsh, Patrick Frawley, Michael Dugandzic and Matthew Wohl (jointly "The Individual Rockland Defendants"), I hereby request a one-week extension through October 22 of the Individual Rockland Defendants' deadline to file our motion to dismiss plaintiff's Complaint. The current deadline for these motions is October 15. I make this request because my firm's computer system is undergoing technical issues that will require a shut-down for repair, because my briefing schedule for other matters in the last two weeks has prevented me from finishing the brief in this matter, and because Yom Kippur (from Friday night through Saturday night) will further reduce my ability to complete this brief by October 15. This is my second request for an extension of the motion deadline. The first extension was for thirty days. All parties have graciously consented to our request. Thank you for your consideration.

Granted.
So Ordered
10/10/24

Respectfully,

Robert B. Weissman

cc:   **VIA ECF**
      Joel Rubinstein, Esq.
      Stuart Besen, Esq.
      Lorin Donnelly, Esq.
      Michael Burke, Esq.